BTXN 105a (rev. 09/19)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

In Re:  DBI Services, LLC

§
§   Case No.:   23-31868
§
Plaintiff(s)   §
§
§
v.   §   Adversary No.:
§
§
Defendant(s)   §
§

## APPLICATION FOR ADMISSION *PRO HAC VICE*

1.   Name: __Olshan_____Eric_____G._____
       *Last*                    *First*                    *MI*

2.   Firm Name: __McGuireWoods LLP_____

3.   Address:   __Tower Two-Sixty_____
              __260 Forbes Avenue, Suite 1800_____
              __Pittsburgh, PA 15222-3142_____

4.   Phone: __(412) 667 6000_____ FAX: __(412) 667 6050_____

     Email: __eolshan@mcguirewoods.com_____

5.   Name used to sign *all* pleadings: __Eric G. Olshan_____

6.   Retained by: __PNC Bank, N.A._____

7.   Admitted on __03/31/2025_____ and presently a member in good standing
     of the bar of the highest court of the state of __Pennsylvania_____
     and issued the bar license number of __336966_____ .

8.   Admitted to practice before the following courts:

     *Court:*                                    *Admission Date:*
     __See Attached_____     _____

     _____     _____

     _____     _____

                                                          *Continued.*

9. Are you presently a member in good standing of the bars of the courts listed above?

☒ Yes ☐ No

If "No," please list all courts which you are no longer admitted to practice:

10. Have you ever been subject to a grievance proceeding or involuntary removal proceeding while a member of the bar of any state or federal court?

☐ Yes ☒ No

If "Yes," please provide details:

11. Other than minor traffic offenses, have you ever been charged, arrested, or convicted of a criminal offense or offenses?

☐ Yes ☒ No

If "Yes," please provide details:

12. Please list all cases in the United States Bankruptcy Court, Northern District of Texas in which you have filed for *pro hac vice* in the past three years:

| *Date of Application* | *Case No. and Style* |
|---|---|
| 06/23/2025 | 25-03065-sgj Adversary Proceeding |
| | |
| | |

13. Local counsel of record: Cassandra Sepanik Shoemaker

14. Local counsel's address: 2601 Olive Street, Ste. 2100

Dallas, TX  75201

*Continued.*

I respectfully request to be admitted to practice in the United States Bankruptcy Court for the Northern District of Texas for this cause only.

I certify that I have read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc), and the local civil and bankruptcy rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil and bankruptcy rules.

☒  I am an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and filed the application via ECF with the payment of $100.00

☐  I am not an ECF filer.  I also certify that I have served a true and correct copy of this document upon each attorney of record and the original upon the US Bankruptcy Court accompanied with the  $100.00 filing fee on _____.

Eric G. Olshan
_____
Printed Name of Applicant

10/22/2025
_____
Date

/s/ Eric G. Olshan
_____
Signature of Applicant

| Court | Admission Date |
|---|---|
| Pennsylvania | 03/31/2025 |
| District of Columbia | 06/01/2025 |
| Illinois | 11/21/2006 |
| U.S. Court of Appeals for the Fourth Circuit | 3/21/2012 |
| U.S. Court of Appeals for the Fifth Circuit | 12/21/2009 |
| U.S. Court of Appeals for the Ninth Circuit | 08/02/2007 |
| U.S. District Court for the Western District of Pennsylvania | 05/22/2018 |
| U.S. District Court for the Middle District of Alabama | 04/7/2009 |